Isidor Sirota, Respondent, v. Louis Dornbush, Appellant.— Order of the Municipal Court modified by striking therefrom the provisions for costs against

the defendant, and as so modified affirmed, without costs. No opinion: Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.